UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                        Plaintiff,<br>v.<br><br>WALTER WOOD PRODUCTS,<br><br>                        Defendant. | Civil No. 06cv2335-BEN (NLS)<br><br>**ORDER VACATING AND RESETTING EARLY NEUTRAL EVALUATION CONFERENCE** |

An Early Neutral Evaluation Conference ("ENE") for the above captioned matter is scheduled for February 14, 2007 at 9:30 a.m. Before the Court is a Joint Motion to Continue the ENE, in which the parties state that counsel for Defendant is required to appear in the County of San Bernardino Superior Court on February 13, 2007, for a trial with an approximate trial time of two weeks (*Joint Motion*, 1).

Accordingly, good cause appearing, the February 14, 2007, ENE is **VACATED** and **RESET** for *<u>February 16, 2007 at 10:00 a.m.</u>* The February 16, 2007 ENE will be held *telephonically.* Counsel for the Plaintiff will initiate the call. All other provisions of the Court's order filed January 4, 2007 [Doc. No. 8], remain in full force and effect.

**IT IS SO ORDERED.**

DATED: February 9, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28