|     |     |
| --- | --- |
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>v.<br>WALTER WOOD PRODUCTS,<br>　　　　　Defendant. | Civil No. 06cv2335-BEN (NLS)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

　　　　On February 16, 2007, the Court convened a telephonic Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

　　　　1.　　Counsel are ordered to appear **telephonically** on *March 26, 2007* at *3:30 p.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

　　　　2.　　The Rule 26(f) conference shall be completed on or before *March 3, 2007*.

　　　　3.　　A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before *March 15, 2007*. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

　　　　4.　　The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *March 19, 2007*.

　　　　Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

1  Each responsible attorney of record and all parties representing themselves shall participate in the
2  conference.  Represented parties need not participate.
3       Failure of any counsel or party to comply with this order will result in sanctions.
4       **IT IS SO ORDERED.**
5  DATED:  February 16, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge